ROSE MAGER, AS GENERAL ADMINISTRATRIX AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF FRANK MAGER, DECEASED, PLAINTIFF-RESPONDENT, v. UNITED HOSPITALS OF NEWARK, DEFENDANT, AND NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, DEFENDANT-APPELLANT.

Argued February 7, 1966—Decided March 7, 1966

*Mr. Edward V. Ryan* argued the cause for appellant (*Mr. William J. Gannon,* on the brief).

*Mr. Jerome S. Lieb* argued the cause for respondent (*Messrs. Harkavy & Lieb,* attorneys).

PER CURIAM: The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the Appellate Division.

HALL, J., concurs in result.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.